■ TAMELA M. PETERS, as Parent and Natural Guardian of CHRISTOPHER M. SMITH, an Infant, Respondent, v ROME CITY SCHOOL DISTRICT, Appellant. (Appeal No. 1.) [748 NYS2d 77] —Appeal from an order of Supreme Court, Oneida County (Ringrose, J.), entered April 30, 2001, which denied defendant's motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Wisner, Scudder, Burns and Gorski, JJ.